No. 89–827. CAMERON v. CORBIN, ATTORNEY GENERAL OF ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 89–837. SWANCO INSURANCE COMPANY-ARIZONA v. HAGER, COMMISSIONER OF INSURANCE OF IOWA. C. A. 8th Cir. Certiorari denied.

No. 89–844. MICHIGAN BELL TELEPHONE CO. v. CLEARY. C. A. 6th Cir. Certiorari denied.

No. 89–850. CRONSON, AUDITOR GENERAL OF ILLINOIS v. CHICAGO BAR ASSN. ET AL. Sup. Ct. Ill. Certiorari denied.

No. 89–855. O'NEILL v. ELLER ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–860. ESTATE OF BREES v. HAMPTON, CHAIRMAN, CIVIL SERVICE COMMISSION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 89–863. HARPER ET UX. v. FEDERAL LAND BANK OF SPOKANE ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–864. MIAMI CENTER LIMITED PARTNERSHIP ET AL. v. SMITH, INDIVIDUALLY AND AS TRUSTEE OF THE MIAMI CENTER LIQUIDATING TRUST, ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–868. LUM v. JENSEN ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–873. JOHNSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–881. CONSTANT v. ADVANCED MICRO-DEVICES, INC. C. A. Fed. Cir. Certiorari denied.

No. 89–883. TECHNOLOGY FOR ENERGY CORP. v. RADCAL ENGINEERING, INC., ET AL. C. A. 6th Cir. Certiorari denied.